## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-526 - UNA |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a Virginia corporation, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR EXTENSION OF TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to September 22, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.          POTTER ANDERSON & CORROON LLP

By: */s/ Nicholas H. Rodriguez*                    By: */s/ David E. Moore*
    Nicholas H. Rodriguez (#356)                         Daniel F. Wolcott, Jr. (#284)
    414 South State Street                                     David E. Moore (#3983)
    P.O. Box 497                                                     Hercules Plaza, 6th Floor
    Dover, Delaware 19901                                   1313 N. Market Street, P.O. Box 951
    (302) 674-0140                                                  Wilmington, Delaware 19899
    nrodriguez@schmittrod.com                          (302) 984-6000
                                                                                dwolcott@potteranderson.com
*Counsel for Plaintiff*                                            dmoore@potteranderson.com
*Pattiva McKean*

                                                                                *Counsel for Defendant*
                                                                                *Norfolk Southern Railway Company*


IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

748772