IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-526 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a Virginia corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RECORDS DEPOSITION

TO:   Nicholas H. Rodriguez, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of the following individual at the time and date listed opposite his name at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801:

| | |
|---|---|
| Joseph Thomas, Director | October 13, 2006 |
| 21303 Airport Road | 9:00 a.m. |
| Georgetown, DE  19947 | |

**DUCES TECUM:**   Copies of all records, documents, and information which relate to a 911 call on November 29, 2004 at approximately 6:25 p.m. for an accident involving a Norfolk Southern train and a 2001 Honda Accord that occurred at CR 86 (W/B), Millsboro, Sussex County, Delaware, including, but not limited to, the contents of the call, the cell phone number from which the call was made, and the name of the owner of the cell phone.

\*      Personal Appearance is waived if the requested records are received on or before the date listed above.

POTTER ANDERSON & CORROON LLP

By: /s/ *signature*
Daniel F. Wolcott, Jr., (ID No. 284)
David E. Moore (ID No. 3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6062
Fax: (302) 658-1192
dwolcott@potterandersonc.om

*Attorneys for Defendant Norfolk Southern Railway Company*

Dated: September 14, 2006
750095 / 30577

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Daniel F. Wolcott, Jr., hereby certify that, on September 14, 2006, the Notice of Records Deposition was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Nicholas H. Rodriguez, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497

Daniel F. Wolcott, Jr., (ID No. 284)

pac:750095 / 30577