IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-526-KAJ |
| | ) |
| NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY, a Virginia corporation, | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Norfolk Southern Railway Company, discloses that it is a wholly-owned subsidiary of Norfolk Southern Corporation.

        POTTER ANDERSON & CORROON LLP

        By:   */s/ David E. Moore*
            Daniel F. Wolcott, Jr. (#284)
            David E. Moore (#3983)
            Hercules Plaza, 6th Floor
            1313 N. Market Street, P.O. Box 951
            Wilmington, Delaware 19899
            (302) 984-6000
            dwolcott@potteranderson.com
            dmoore@potteranderson.com

Dated: September 27, 2006
752711 / 30577

*Counsel for Defendant*
*Norfolk Southern Railway Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 27, 2006, the attached document was sent by electronic mail and U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577