

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 14, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
　for the District of Delaware
844 King Street
Wilmington, Delaware 19801

　　　　Re:　*Pattiva McKean v. Norfolk Southern Railway Company*
　　　　　　C.A. No. 06-526 (KAJ)

Dear Judge Jordan:

　　　　In anticipation of the November 20, 2006 (4:30 p.m.) Scheduling Conference in the above-referenced matter, enclosed for Your Honor's consideration is the parties' proposed Scheduling Order. Counsel are available at the Court's convenience if Your Honor has any questions.

　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　/s/ David E. Moore

　　　　　　　　　　　　　David E. Moore

DEM:nmt/761952/30577
Enclosure
cc:　Clerk of the Court (via hand delivery)
　　　Nicholas H. Rodriguez (via electronic mail & U.S. Mail)
　　　Daniel F. Wolcott, Jr., Esquire (via hand delivery)