IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATTIVA McKEAN, | * | C.A. No. 06-526-KAJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | * * * * | |
| | * | |
| Defendant. | * | |

NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S INTERROGATORIES DIRECTED TO DEFENDANT**

to be served upon:   DAVID E. MOORE, ESQUIRE
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE   19899-0951

by mailing copies to him at his address listed above, postage prepaid, on _December 01_, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. #356
414 S. State Street
P.O. Box 497
Dover, DE   19903
302-674-0140
Attorney for Plaintiff

DATED: 12/01/06
NHR:pmw

7