
## Potter
## Anderson
## & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

December 12, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
    for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:    *Pattiva McKean v. Norfolk Southern Railway Company*
       C.A. No. 06-526 (KAJ)

Dear Judge Jordan:

On behalf of the parties, I am enclosing a revised Scheduling Order for Your Honor's review and approval. The enclosed order incorporates the directives that Your Honor provided during the scheduling conference held on November 20, 2006. Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/767100/30577
Enclosure
cc:  Clerk of the Court (via hand delivery)
     Nicholas H. Rodriguez (via electronic mail & U.S. Mail)
     Daniel F. Wolcott, Jr., Esquire (via hand delivery)