IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-526-*** |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a Virginia corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on December 18, 2006, upon the following attorneys of record at the following addresses as indicated:

INTERROGATORIES OF DEFENDANT NORFOLK SOUTHERN
RAILWAY COMPANY TO PLAINTIFF (FIRST SET)

DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE PLAINTIFF

### VIA U.S. MAIL AND ELECTRONIC MAIL

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

Dated: December 18, 2006
767662 / 30577

*Counsel for Defendant*
*Norfolk Southern Railway Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, David E. Moore, hereby certify that on December 18, 2006, the attached document was sent by electronic mail and U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497
nrodriguez@schmittrod.com

                                            /s/ *David E. Moore*
                                            Daniel F. Wolcott, Jr. (#284)
                                            David E. Moore (#3983)
                                            Hercules Plaza, 6th Floor
                                            1313 N. Market Street, P.O. Box 951
                                            Wilmington, Delaware 19899
                                            (302) 984-6000
                                            dwolcott@potteranderson.com
                                            dmoore@potteranderson.com

751844 / 30577