## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-*** |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | : |
| | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for Tuesday, March 20, 2007 at 9:00 a.m. with Magistrate Judge Thynge has been rescheduled to **Wednesday, February 21, 2007 at 1:30 p.m.** The purpose of this teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE