IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) C. A. No. 06-526-*** |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | ) ) ) ) |
|       Defendant. | ) ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on February 9, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S RESPONSES TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

### VIA U.S. MAIL

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

                                  POTTER ANDERSON & CORROON LLP

                                  By:   /s/ David E. Moore
                                         Daniel F. Wolcott, Jr. (#284)
                                         David E. Moore (#3983)
                                         Hercules Plaza, 6th Floor
                                         1313 N. Market Street, P.O. Box 951
                                         Wilmington, Delaware 19899
                                         (302) 984-6000
                                         dwolcott@potteranderson.com
                                         dmoore@potteranderson.com

Dated: February 9, 2007
777178 / 30577

                                    *Counsel for Defendant*
                                    *Norfolk Southern Railway Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 9, 2007, the attached document was sent by U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577