IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PATTIVA McKEAN,                           *      C.A. No. 06-526 KAJ
                                          *
              Plaintiff,                  *
                                          *
     v.                                   *      **NOTICE OF SERVICE**
                                          *
NORFOLK SOUTHERN RAILWAY                   *
COMPANY, a Virginia                       *
corporation,                              *
                                          *
              Defendant.                  *


I hearby certify that I have caused copies of the following:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS**

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF
INTERROGATORIES**

**CERTIFICATE OF SERVICE**

to be served upon:          David E. Moore, Esquire
                            Potter, Anderson & Corroon, LLP
                            Hercules Plaza, 6th Floor
                            1313 N. Market Street
                            P.O. Box 951
                            Wilmington, DE 19899
                            Attorney for Defendant


by electronically filing and mailing copies to him at his address
listed above, postage prepaid, on February 19 , 2007.

                         SCHMITTINGER & RODRIGUEZ, P.A.


                         BY: /s/ Nicholas H. Rodriguez
                             NICHOLAS H. RODRIGUEZ, ESQUIRE
                             Bar I.D. No.: 356
                             414 S. State Street
                             P.O. Box 497
                             Dover, DE 19903
                             (302) 674-0140
                             Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

    I hearby certify that on February __19__, 2007, I electronically filed the Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing(s) and I hearby certify that on February __19__, 2007, I have mailed by United States Postal Service, the document(s) to the following:

        David E. Moore, Esquire
        Potter, Anderson & Corroon, LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899
        Attorney for Defendant

           SCHMITTINGER & RODRIGUEZ, P.A.

        BY: /s/ Nicholas H. Rodriguez
            NICHOLAS H. RODRIGUEZ, ESQUIRE
            Bar I.D. No.: 356
            414 S. State Street
            P.O. Box 497
            Dover, DE 19903
            (302) 674-0140
            Attorney for Plaintiff