IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-*** |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **21st** day of **February, 2007**.

IT IS ORDERED that a teleconference with Judge Thynge is scheduled for **Wednesday, February 28, 2007 at 8:15 a.m.,** arranged as discussed during the teleconference of February 21, 2007. The purpose of the teleconference is to discuss the options briefly addressed during the prior teleconference and whether ADR is desired by the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE