**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PATTIVA McKEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-526-*** |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, a Virginia corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant, hereby certifies that copies of the

following documents were caused to be served on February 26, 2007, upon the following

attorneys of record at the following addresses as indicated:

DEFENDANT'S SUPPLEMENTAL RESPONSES TO FIRST SET OF
INTERROGATORIES

**VIA U.S. MAIL**

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

Dated: February 26, 2007                *Counsel for Defendant*
779843 / 30577                           *Norfolk Southern Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 26, 2007, the attached document was

sent by U.S. Mail to the following persons and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577