**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PATTIVA McKEAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-526-*** |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY, a Virginia corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **28**th day of **February, 2007**.

IT IS ORDERED that the transcript of the February 28, 2007 teleconference shall serve as the Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE