IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORFOLK SOUTHERN RAILWAY<br>COMPANY, a Virginia corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 06-526-***<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on April 25, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO FIRST SET OF INTERROGATORIES

**VIA U.S. MAIL**

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　By: 　/s/ David E. Moore
　　　　　　　　　　　　　　　　　　　Daniel F. Wolcott, Jr. (#284)
　　　　　　　　　　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　　　　1313 N. Market Street, P.O. Box 951
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　dwolcott@potteranderson.com
　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

Dated: April 25, 2007　　　　　　　*Counsel for Defendant*
791496 / 30577　　　　　　　　　　*Norfolk Southern Railway Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 25, 2007, the attached document was sent by U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577