IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-526-*** |
| | ) |
| NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY, a Virginia corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on May 24, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF
DOCUMENTS DIRECTED TO THE PLAINTIFF (NOS. 10-13)

DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S SECOND
SET OF INTERROGATORIES TO PLAINTIFF (NOS. 28-36)

### VIA U.S. MAIL AND ELECTRONIC MAIL

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

        POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Daniel F. Wolcott, Jr. (#284)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street, P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    dwolcott@potteranderson.com
    dmoore@potteranderson.com

Dated: May 24, 2007
797229 / 30577

*Counsel for Defendant*
*Norfolk Southern Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 24, 2007, the attached document was sent by U.S. Mail and Electronic Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577