## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-*** |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **4th** day of **June, 2007**,

IT IS ORDERED that the mediation conference has been rescheduled to **Thursday, November 8, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, October 29, 2007.** All other provisions of the Court's March 5, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE