## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATTIVA McKEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-526-*** |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, a Virginia corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following

documents were caused to be served on July 5, 2007, upon the following attorneys of record at

the following addresses as indicated:

DEFENDANT'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE PLAINTIFF (NO. 14)

DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S THIRD SET OF
INTERROGATORIES TO PLAINTIFF (NO. 37)

## VIA ELECTRONIC MAIL

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497
nrodriguez@schmittrod.com

POTTER ANDERSON & CORROON LLP

By:    /s/ David E. Moore
_____
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

Dated:  July 5, 2007
797229 / 30577

*Counsel for Defendant*
*Norfolk Southern Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 5, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 5, 2007, I have Electronically Mailed the documents to the following person(s):

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497
nrodriguez@schmittrod.com

/s/ David E. Moore
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

751844 / 30577