IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Nicholas H. Rodriguez, Esquire, hereby certify that on July 23, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 23, 2007, I have electronically mailed the documents to the following person(s):

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
dmoore@potteranderson.com

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D.# 356
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
302-674-0140
nrodriguez@schmittrod.com

DATED: 7-23-07