IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATTIVA McKEAN, | * | C.A. No. 06-526-KAJ |
| Plaintiff, | * | |
| v. | * | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | * | |
| Defendant. | * | |

I HEREBY CERTIFY that I have caused copies of the following:

**PLAINTIFF'S ANSWERS TO DEFENDANT NORFOLK SOUTHERN RAILWAY'S SECOND SET OF INTERROGATORIES**

and

**PLAINTIFF'S ANSWERS TO DEFENDANT NORFOLK SOUTHERN RAILWAY'S THIRD SET OF INTERROGATORIES**

be served upon:   DANIEL F. WOLCOTT, JR., ESQUIRE
DAVID E. MOORE, ESQUIRE
POTTER ANDERSON & CORROON LLP
HERCULES PLAZA, 6TH FLOOR
1313 N. MARKET STREET
P.O. BOX 951
WILMINGTON, DELAWARE 19899

by mailing copies to his at the above address this _19_ day of _October_, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. No.: 356
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302)674-0140
Attorneys for Plaintiff