## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-*** |
| | : |
| NORFOLK SOUTHERN RAILWAY | : |
| COMPANY, a Virginia corporation, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **24th** day of **October, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, November 8, 2007 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Thursday, November 8, 2007 at 10:00 a.m.** with Judge Thynge to discuss the status of the case and the Scheduling Order. **David E. Moore, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE