IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATTIVA McKEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-526-*** |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENAS DUCES TECUM

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant has served or will serve the attached subpoenas duces tecum on Liberty Mutual Fire Insurance Company, c/o Insurance Commissioner, State of Delaware, 841 Silver Lake Boulevard, Dover, Delaware 19901.

POTTER ANDERSON & CORROON LLP

By: _____
Daniel F. Wolcott, Jr. (ID No. 284)
David E. Moore (ID No. 3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
dwolcott@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Norfolk Southern Railway Company*

Dated: October 24, 2007
827345 / 30577

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 24, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 24, 2007, I have Electronically Mailed the documents to the following person(s):

Nicholas H. Rodriguez
Schmittinger and Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
nrodriguez@schmittrod.com

                                        /s/ David E. Moore
                                        Daniel F. Wolcott, Jr. (#284)
                                        David E. Moore (#3983)
                                        Hercules Plaza, 6th Floor
                                        1313 N. Market Street, P.O. Box 951
                                        Wilmington, Delaware 19899
                                        (302) 984-6000
                                        dwolcott@potteranderson.com
                                        dmoore@potteranderson.com

751844 / 30577