# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATTIVA McKEAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-526-*** |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY, a Virginia corporation, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **20th** day of **November, 2007**,

IT IS ORDERED that the mediation conference has been rescheduled to

**Tuesday, April 15, 2008 at 10:00 a.m.**  Submissions of the parties shall now be due on

or before **Friday, April 4, 2008.**  All other provisions of the Court's March 5, 2006 Order

shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE