

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

April 2, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   *Pattiva McKean v. Norfolk Southern Railway Company*
             C.A. No. 06-526 (JJF)

Dear Judge Farnan:

      I am writing on behalf of the parties in the above-referenced litigation to respectfully request that this case, which was recently reassigned to Your Honor, be referred to mediation. Thank you.

                       Respectfully,

                       */s/ David E. Moore*

                       David E. Moore

DEM:nmt/858341/30577

cc:  Clerk of the Court (via hand delivery)
      Nicholas H. Rodriguez (via electronic mail)