IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA MCKEAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-526 JJF-MPT |
| NORFOLK SOUTHERN, RAILWAY COMPANY | : |
| Defendant. | : |

### O R D E R

WHEREAS, the parties in the above-captioned case have agreed to a referral for mediation per letter (D.I. 73) dated April 2, 2008;

NOW THEREFORE, IT IS ORDERED that, pursuant to 28 U.S.C. § 636(b), the case is hereby referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

April 15, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE