## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-JJF |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **16th** day of **April, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 8, 2008 at 12:00 Noon** with Judge Thynge to discuss rescheduling the mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE