IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTIVA McKEAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-526-JJF |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **May, 2008**,

IT IS ORDERED that the mediation has been rescheduled for **Tuesday, July 22, 2008 at 10:00 a.m. Dress for the mediation is casual.** Submissions shall now be due on or before **Friday, July 11, 2008.** All other provisions of the Court's March 5, 2007 Order shall remain in full force and effect.,

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE